UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANGELINA Y. TALLEY o/b/o B.E.T, a minor, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) 1:14-cv-01600-RLY-TAB ) ) |
| CAROLYN W. COLVIN Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, Angela Y. Talley, on behalf of her minor child, B.E.T., filed a request for judicial review of the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying Plaintiff's application for disability insurance benefits under Title XVI of the Social Security Act, 42 U.S.C. § 1382c(a)(3).  The court referred the matter to the Magistrate Judge, who issued his Report and Recommendation.  The Magistrate Judge found that the ALJ's decision was supported by substantial evidence and recommended that the decision be affirmed.  Neither party objects.  Consequently, the court reviews the Report and Recommendation for clear error.  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).  After reviewing the record, the ALJ's decision, and the Report and Recommendation, this court is satisfied that the Magistrate Judge did not commit clear error.  Therefore, the court **ADOPTS** the

1

Magistrate Judge's Report and Recommendation, and **AFFIRMS** the decision of the ALJ.

**SO ORDERED** this 11th day of March 2016.

                                         RICHARD L. YOUNG, CHIEF JUDGE
                                         United States District Court
                                         Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.